```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10                            EASTERN DIVISION
11  JAVIER BOBBY BANDA,              )   Case No. EDCV 10-855-SJO (AJW)
                                     )
12            Petitioner,            )
                                     )
13       v.                          )
                                     )   JUDGMENT
14  FERNANDO GONZALEZ, Warden,       )
                                     )
15            Respondent.            )
                                     )
16
17       **It is hereby adjudged** that the petition for a writ of habeas
    corpus is dismissed as untimely.
18
19  Dated: November 19, 2010.
                                         _____
20                                       S. James Otero
21                                       United States District Judge
```